UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

FILED
JAMES J. VILT, JR. - CLERK
MAY 13 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**JONAUSTIN VICKERS**
**STEPHANIE VICKERS**

INDICTMENT

NO. 5:25CR28-BJB

18 U.S.C. § 2
18 U.S.C. § 1591(a)(1)
18 U.S.C. § 1591(b)(1)
18 U.S.C. § 1591(e)(3)
18 U.S.C. § 1594
18 U.S.C. § 2251(a)
18 U.S.C. § 2251(e)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 2253
18 U.S.C. § 2422(b)
18 U.S.C. § 2428

The Grand Jury charges:

## COUNT 1
*(Sex Trafficking of Children)*

On or about and between September 27, 2024, and October 3, 2024, in the Western District of Kentucky, Christian County, Kentucky, Todd County, Kentucky, and elsewhere, the defendants, **JONAUSTIN VICKERS** and **STEPHANIE VICKERS**, aided and abetted by each other, knowingly affecting interstate commerce, attempted to recruit, entice, obtain, patronize, and solicit, by any means, a person that had not attained the age of 14 years, who would be caused to engage in a commercial sex act, that is, any sex act, on account of which anything of value is given to and received by any person.

In violation of Title 18, United States Code, Sections 2, 1591(a)(1), (b)(1), and (e)(3).

The Grand Jury further charges:

## COUNT 2
*(Attempted Enticement of a Minor)*

On or about and between July 1, 2024, and October 3, 2024, in the Western District of Kentucky, Christian County, Kentucky, Todd County, Kentucky, and elsewhere, the defendants, **JONAUSTIN VICKERS** and **STEPHANIE VICKERS**, aided and abetted by each other, using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, and entice an individual, who had not attained the age of eighteen years, to engage in sexual activity for which a person may be charged with a criminal offense.

In violation of Title 18, United States Code, Sections 2 and 2422(b).

The Grand Jury further charges:

## COUNT 3
*(Sexual Exploitation of Children)*

On or about and between July 18, 2023, and October 3, 2024, in the Western District of Kentucky, Christian County, Kentucky, Todd County, Kentucky, and elsewhere, the defendants, **JONAUSTIN VICKERS** and **STEPHANIE VICKERS**, aided and abetted by each other, employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2, 2251(a), and 2251(e).

The Grand Jury further charges:

## COUNT 4
*(Possession of Child Pornography)*

On or about and between July 18, 2023, and October 3, 2024, in the Western District of Kentucky, Christian County, Kentucky, Todd County, Kentucky, and elsewhere, the defendants, **JONAUSTIN VICKERS** and **STEPHANIE VICKERS**, knowingly possessed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that involved a minor, who had not attained 12 years of age, and that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## NOTICE OF FORFEITURE

As a result of committing the offenses in violation of Counts 1 through 4 of this Indictment, the defendants, **JONAUSTIN VICKERS** and **STEPHANIE VICKERS**, shall forfeit to the United States, pursuant to 18 U.S.C. §§ 1594, 2253, and 2428, all visual depictions which were produced, transported, mailed, shipped or received in violation of the law, and all of the rights, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including

but not limited to a Samsung SM-A146U cell phone, a Moto G Power cell phone, and a Samsung Galaxy A14 cell phone.

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:LAD 5.13.25

UNITED STATES OF AMERICA v. JONAUSTIN VICKERS and STEPHANIE VICKERS

## PENALTIES

| | |
|---|---|
| Count 1: | NL 15 yrs/NM life/$250,000/both/NL 5 yrs./NM Life Supervised Release |
| Count 2: | NL 10 yrs/NM Life/$250,000/both/NL 5 yrs./NM Life Supervised Release |
| Count 3: | NL 15 yrs./NM 30 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release |
| Count 4: | NM 20 yrs./$250,000/both/ NM 3 yrs. Supervised Release |

FORFEITURE

SPA *(Mandatory $5,000 assessment per count if the defendant is non-indigent (18 U.S.C. § 3014 – eff. 5/29/2015)

Restitution **(Mandatory restitution of not less than $3,000.00 – (18 U.S.C. § 2259(b)(2)(B) – effective 12/7/2018)

## NOTICE

ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

<u>Failure to pay fine as ordered may subject you to the following</u>:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

   18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.    18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:    Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:    Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:    Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.